IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REX STUART KNUTSON, | ) | 8:09CV64 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On April 6, 2009, the court reviewed the Complaint and ordered Plaintiff to complete service of process on Defendant. (Filing No. 6.) The court warned Plaintiff that failure to complete service of process by August 4, 2009, may result in dismissal of this matter. (*Id.*) Plaintiff has never returned a completed summons form, has not completed service of process on Defendant, and has taken no action in this matter since it was filed on February 19, 2009. (*See* Docket Sheet.)

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until September 14, 2009 to show cause why this case should not be dismissed. If Plaintiff does not respond, or if good cause is not shown, this action will be dismissed without prejudice and without further notice.

2. The Clerk of the court is directed to set a pro se case management deadline with the following text: September 14, 2009: deadline for Plaintiff to show cause why service of process was not completed.


August 17, 2009.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge
Supervising Pro Se Judge[1]

---

[1] The assigned District Judge, Laurie Smith Camp, is out of the country. Thus, this Memorandum and Order is entered by the Supervising Pro Se Judge.